IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL A. PERKINS, JR.,<br><br>                  Defendant. | **8:22CR125**<br><br>ORDER |

      The court, having granted Motion to Withdraw as Counsel (Filing No. 127), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

      **IT IS ORDERED** that Michael J. Wilson, 1414 Harney Street, Suite 400, Omaha, NE 68102, (402) 466-8444, is appointed to represent Michael A. Perkins, Jr. for the balance of these proceedings pursuant to the Criminal Justice Act. James C. Webering shall forthwith provide Michael J. Wilson any discovery materials provided to the defendant by the government and any such other materials obtained by James C. Webering which are material to Michael A. Perkins, Jr.'s defense.

      **IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Michael J. Wilson.

      DATED this 17th day of March, 2023.

                                                  BY THE COURT:

                                                  s/ Michael D. Nelson
                                                  United States Magistrate Judge